UNITED STATES of America,
Plaintiff-Appellee,

v.

San Juan HERNANDEZ, Defendant-
Appellant.

No. 16-10003

United States Court of Appeals,
Ninth Circuit.

Submitted November 16, 2016 *

Filed November 21, 2016

Robert Lally Miskell, Assistant U.S. Attorney, Serra Marie Tsethlikai, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Mark F. Willimann, The Law Office of Mark F. Willimann, LLC, Tucson, AZ, for Defendant-Appellant

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

MEMORANDUM **

San Juan Hernandez appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand.

Hernandez contends that the district court failed to explain adequately its denial of his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. We agree. The district court's order does not address or explain its rejection of the arguments presented in either Hernandez's motion for a sentence reduction or probation's recommendation that the district court grant a sentence reduction. Accordingly, we vacate and remand. *See United States v. Trujillo*, 713 F.3d 1003, 1009–10 (9th Cir. 2013) (district court must provide some explanation for rejecting a defendant's non-frivolous arguments).

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

